No. 2048, Misc.   ALFORD v. COX, PENITENTIARY SUPER-INTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 2052, Misc.   HELFEND v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied. ▮

No. 2053, Misc.   BOWMAN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied. ▮

No. 2054, Misc.   STEVENSON v. MANCUSI, WARDEN. C. A. 2d Cir.   Certiorari denied.

No. 2057, Misc.   TURNER v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied. ▮

No. 2060, Misc.   McNEILL v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 2064, Misc.   JACKSON v. COX, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 2088, Misc.   BIBBS v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied. ▮

No. 2091, Misc.   RAY v. CRAVEN, WARDEN.   Sup. Ct. Cal.   Certiorari denied.

No. 2094, Misc.   PRIDGEON v. WAINWRIGHT, CORREC-TIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 2096, Misc.   WEST v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 2100, Misc.   FLETCHER v. WAYCHOFF, DISTRICT ATTORNEY OF GREENE COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir.   Certiorari denied.